IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10568
Summary Calendar

_____

CLEVELAND HAWKINS,

Plaintiff-Appellant,

versus

TRAVIS WARE; J. BRADLEY UNDERWOOD,
Honorable; JEFFREY H. CONNER,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:95-CV-72-C
- - - - - - - - - - -
January 17, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Cleveland Hawkins appeals the district court's dismissal under 28 U.S.C. § 1915(d) of his civil rights complaint filed pursuant to 42 U.S.C. § 1983. Because review of the briefs and the record reveals no reversible error, we AFFIRM.

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.